IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SHUMANIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-6560 |
| | : | |
| v. | : | |
| | : | |
| LEHIGH COUNTY, WARDEN DALE | : | |
| MEISEL, WARDEN JANINE DONATE, | : | |
| SERGEANT ERIC SABORSKY, | : | |
| CORRECTION OFFICER RONALD | : | |
| MARCH, and CORRECTION OFFICER | : | |
| ERIC NOWICKI, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of March, 2016, after considering the motion for summary judgment filed by the defendants, Lehigh County, Warden Dale Meisel, Warden Janine Donate, Sergeant Eric Saborsky, Correction Officer Ronald March, and Correction Officer Eric Nowicki (Doc. No. 9), and after reviewing the complaint (Doc. No. 1), the defendants' answer and affirmative defenses (Doc. No. 3), and the response to the motion for summary judgment filed by the plaintiff, Charles Shumanis (Doc. No. 10); and after hearing oral argument from the parties on July 23, 2015; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1.   The motion for summary judgment (Doc. No. 9) is **GRANTED**;

2.   Judgment is **ENTERED** in favor of the defendants, Lehigh County, Warden Dale Meisel, Warden Janine Donate, Sergeant Eric Saborsky, Correction Officer Ronald March, and

Correction Officer Eric Nowicki, and against the plaintiff, Charles Shumanis, on the entirety of the complaint; and

    3.    The clerk of court shall mark this matter as **CLOSED**.

                                BY THE COURT:

                                /s/ *Edward G. Smith*
                                EDWARD G. SMITH, J.